**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Marmolejo,<br><br>Plaintiff,<br><br>v.<br><br>Paul Penzone, et al.,<br><br>Defendants. | No. CV-17-03421-PHX-SMB (ESW)<br><br>**ORDER** |

Plaintiff David Marmolejo, who is confined by the Texas Department of Criminal Justice, in the C.T. Terrell Unit, in Rosharon, Texas, has filed a pro se civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). The Court ordered Defendants Alverez and CS105 to answer Count I of the Complaint. Defendants filed their Answer (Doc. 12), and all issues are joined.

Pending before the Court is Plaintiff's Memorandum in Support of Motion to Withdraw or Amend Deemed Admissions (Doc. 27). Plaintiff requests that the Court permit Plaintiff to either (i) withdraw his admissions or (ii) amend his admissions to Defendants' Request for Admissions. Defendants filed a Notice of Service (Doc. 18) of their Request for Admissions on August 23, 2018. Plaintiff failed to timely respond to Defendants' Request for Admissions as required by Fed. R. Civ. P. 36 (b)(3). Defense counsel thereafter sent correspondence to Plaintiff inquiring about the failure (Doc. 28 at 2), and Plaintiff filed the instant motion.

1   The Court's Scheduling Order requires the parties to meet and confer as required by LRCiv 7.2(j) and participate in a discovery conference with the Court prior to the filing of any discovery motion (Doc. 13 at 3).  Plaintiff has failed to comply with the Court's Scheduling Order.  However, Defendants have graciously agreed to extend Plaintiff's time to respond to their Request for Admissions.  As the parties have resolved their dispute, a discovery conference is deemed unnecessary.  Plaintiff's Motion is moot.

For the reasons set forth herein,

**IT IS ORDERED** denying as moot Plaintiff's Memorandum in Support of Motion to Withdraw or Amend Deemed Admissions (Doc. 27).  The time to respond to Defendants' Request for Admissions is extended.  Plaintiff shall respond to Defendants' Request for Admissions within **thirty (30) days** of the filing of this Order.

Dated this 1st day of February, 2019.

Honorable Eileen S. Willett
United States Magistrate Judge